IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH M. KEY,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **Case No.  04-277-JPG** |
| **STEVEN KEIM,** | ) |
| | ) |
|       **Defendant.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Second Motion for Extension of Time.  **(Doc. 20)**.

In this motion, plaintiff seeks an extension of time in which to respond to defendant's pending motion for summary judgment, an order permitting him to correspond with inmates in other institutions, and an order permitting him to attend law library five days a week in order to prepare his response.

As plaintiff has now filed his response to the motion for summary judgment, the motion for extension and for library access are moot.

Plaintiff admits that prison rules prohibit him from corresponding with inmates in other institutions, and he gives no indication of why he needs the affidavits of other inmates in order to oppose the motion.  This Court will not interfere in the internal administration of the prison. *Thomas v. Ramos*, **130 F.3d 754, 764 (7th Cir. 1997).**

Upon consideration and for good cause shown, Second Motion for Extension of Time. **(Doc. 20) is DENIED**.

      **IT IS SO ORDERED.**

      **DATE:  October 2, 2006.**

                                      **s/ Clifford J. Proud**
                                      **CLIFFORD J. PROUD**
                                      **UNITED STATES MAGISTRATE JUDGE**