IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH M. KEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | NO. 04-277-CJP |
| ) | |
| **STEVEN KEIM, EUGENE McADORY,** ) | |
| **WILLIAM SPILLER,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

Defendants **EUGENE McADORY** and **WILLIAM SPILLER** were dismissed June 3, 2005 by an Order entered by United States District Judge J. Phil Gilbert (Doc. 7).

The remaining issues came before this Court for jury trial The issues have been tried and the jury has rendered its verdict in favor of Defendant **STEVEN KEIM** and against Plaintiff **KENNETH KEY**  (Docs. 49 and 50).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **STEVEN KEIM, EUGENE McADORY,** and **WILLIAM SPLILLER** and against plaintiff **KENNETH KEY** .

Plaintiff shall take nothing from this action.

**DATED** this 27th  day of September, 2007

                                                             **NORBERT G. JAWORSKI, CLERK**

                                                             **BY: S/ Angela Vehlewald**
                                                                   **Deputy Clerk**

**Approved by      S/ Clifford J. Proud**
            **United States Magistrate Judge**
                  **Clifford J. Proud**